# UNITED STATES DISTRICT COURT

**Northern** District of **California**

FILED OCT 16 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. Jose Luis Martinez-Guzar | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 7:07MJ239 DLB | 07-70597 RS | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of **21** U.S.C. § **846, 841(a)(1) and 841(b)(1)(A)**

**DISTRICT OF OFFENSE:** Eastern District of California - Fresno

**DESCRIPTION OF CHARGES:** Conspiracy to manufacture 1000, or more marijuana plants and to distribute marijuana

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☒ CJA Attorney  ☐ None

**Interpreter Required?** ☐ No  ☒ Yes  **Language:** Spanish

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/16/07
Date                                    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |