**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED 2007 OCT 25 P 4: 41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DISTRICT

October 17, 2007

RECEIVED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

| | |
|---|---|
| Case Name: | **USA-v-Jose Luis Martinez-Guizar** |
| Case Number: | **5-07-70597-RS (Your Case# 07-07MJ239DLB)** |
| Charges: | **Conspiracy to Manufacture 1000 or more marijuana plants and to distribute marijuana**. |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    copy Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

__1:07-mj-00239-DLB__.

Date: __10/22/07__

CLERK, U.S. DISTRICT COURT

By __[signature]__
Deputy Clerk